In the Matter of the Claim of ANNA SKOREPA, Widow, Respondent, against JERRY CAPEK et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued June 8, 1944; decided July 19, 1944.

*Barnett L. Kulak* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Isaac Frank* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

Appeal from so much of the order of the Appellate Division as remits to the State Industrial Board the award against Marie Capek, as administratrix, dismissed, without costs; otherwise affirmed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.